

## NUMBER 13-15-00305-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JOHN RODRIGUEZ,                                                    APPELLANT,

v.

STEPHANIE HAEHN, GEORGE HAEHN,
AND MAKIN WAVES WATERCRAFT RENTALS LLC,          APPELLEES.

On Appeal from the 261st District Court
of Travis County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, John Rodriguez, appeals a judgment rendered against him in trial court

cause number D-1-GN-14-000377 in the 261st District Court of Travis County, Texas.[1]

---

[1] This appeal was transferred to this Court from the Third Court of Appeals by order of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. § 22.220(a) (West, Westlaw through Ch. 46 2015 R.S.).

Currently before the Court is "Appellant's Agreed Motion for Dismissal." According to the motion, the parties have settled and compromised this matter. Thus, appellant no longer desires to prosecute this appeal and requests that we dismiss it with prejudice.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Accordingly, the appeal is hereby DISMISSED with prejudice. Absent agreement of the parties, costs are taxed against appellant. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
1st day of September, 2015.